IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**FREDDIE L. WEBBER, JR.**                                                                 **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.:  1:15CV210-SA-DAS**

**STATE OF MISSISSIPPI and**
**LOWNDES COUNTY**                                                                **DEFENDANTS**

## FINAL JUDGMENT

Before the Court is the Report and Recommendation of the United States Magistrate Judge dated April 15, 2016, and Plaintiff's objections thereto.  Upon consideration of the file and records in this action, the Court finds that Plaintiff's objections are without merit, and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore, **ORDERED**:

1.  That Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2.  That the Report and Recommendation of the United States Magistrate Judge dated April 15, 2016,  is hereby **APPROVED AND ADOPTED** as the opinion of the Court; and

3.  That this case is **DISMISSED** with prejudice for failing to state a claim upon which relief may be granted, counting as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B) and 1915(g).

**THIS** 14th day of June, 2016.

                                                      /s/ Sharion Aycock
                                                      **U.S. DISTRICT JUDGE**